IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

FILED JUL 24 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

CRYSTAL FAST, as Personal Representative
for the Estate of Marguerite A. Findo, Deceased,

    Plaintiff,

v.                               CIVIL ACTION NO: 5:07-CV-00082-FPS-JES

BAYER CORPORATION,
BAYER HEALTHCARE, and
BAYER AG,

    Defendants.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Steven E. Derringer, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 7-23-07

*[signature]*
United States District Judge