United States District Court
Northern District of West Virginia

FILED JUL 25 2007 U.S. DISTRICT COURT WHEELING, WV 26003

**Crystal Fast**, as personal representative of
the **Estate of Marguerita A. Findo**, dec.,

    Plaintiff,

vs.

**Bayer Corporation, Bayer Healthcare** and
**Bayer AG**,

    Defendants.

Civil Action No. 5:07-CV-82
Judge Stamp

## Order

Upon consideration of the foregoing Applications for Admission *Pro Hac Vice* of Michael B. Lynch and Lea Morris Turtle, it is ORDERED that the Applications for Admission *Pro Hac Vice* be, and the same hereby are, APPROVED and that the applicants may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER this 25th day of July, 2007.

Frederick P. Stamp, Jr.
United States District Judge