IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CRYSTAL FAST, as personal representative
for the Estate of MARGUERITE A. FINDO,
deceased,

    Plaintiff,

v.  Civil Action No. 5:07CV82
(STAMP)

BAYER CORPORATION, BAYER HEALTHCARE
and BAYER AG,

    Defendants.

### ORDER SCHEDULING TELEPHONIC STATUS AND SCHEDULING CONFERENCE

On August 2, 2007, the parties in the above-styled civil action submitted their report of parties' initial planning meeting and joint motion for entry of case management order. This Court finds that it would be beneficial to conduct a telephonic status and scheduling conference to address the parties' initial planning meeting and joint motion. Accordingly, it is ORDERED that the parties appear for a status and scheduling conference on **August 17, 2007 at 10:00 a.m.** in the chambers of Judge Frederick P. Stamp, Jr., Federal Building, Twelfth and Chapline Streets, Wheeling, West Virginia 26003.

Plaintiff's counsel is DIRECTED to initiate a timely conference telephone call with the attorneys to the Court at 304/233-1120 at the time of the scheduled conference.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:      August 10, 2007

                              /s/ Frederick P. Stamp, Jr.
                              FREDERICK P. STAMP, JR.
                              UNITED STATES DISTRICT JUDGE