# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling Division

**FILED**
**AUG 1 6 2007**
U.S. DISTRICT COURT
WHEELING, WV 26003

CRYSTAL FAST, as Personal Representative
for the Estate of Marguerite A. Findo, Deceased,

    Plaintiff,

v.           CIVIL ACTION NO: 5:07-CV-00082-FPS-JES

BAYER CORPORATION,
BAYER HEALTHCARE, and
BAYER AG,

    Defendants.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Richard K. Dandrea, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: August 16, 2007

_____ United States District Judge