IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CRYSTAL FAST, as Personal Representative
for the Estate of Marguerite A. Findo,
deceased,

       Plaintiff,

v.                           Civil Action No. 5:07CV82
                                    (STAMP)

BAYER CORPORATION, BAYER HEALTHCARE
and BAYER AG,

       Defendants.

**ORDER GRANTING MOTION TO RESCHEDULE STATUS CONFERENCE**
**AND RESCHEDULING STATUS CONFERENCE**

On August 16, 2007, the parties filed a motion for
modification of schedule for telephonic status/scheduling
conference in the above-styled civil action, which motion is hereby
GRANTED. Accordingly, the telephonic status conference scheduled
in the above case is hereby RESCHEDULED and will now be held on
**August 21, 2007 at 11:15 a.m.**

IT IS SO ORDERED.

The Clerk is directed to transmit copies of this order to
counsel of record herein.

DATED:   August 16, 2007

                               /s/ Frederick P. Stamp, Jr.
                               FREDERICK P. STAMP, JR.
                               UNITED STATES DISTRICT JUDGE