IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CRYSTAL FAST, as Personal Representative
for the Estate of MARGUERITE A. FINDO,
deceased,

    Plaintiff,

v.                                  Civil Action No. 5:07cv82
                                              (STAMP)

BAYER CORPORATION, BAYER HEALTHCARE,
and BAYER AG

    Defendants.

## ORDER DIRECTING THE PARTIES TO SUBMIT
## A REVISED PROPOSED SCHEDULING ORDER

On August 21, 2007, this Court held a telephonic status and scheduling conference to discuss the proposed case management and scheduling order that was earlier jointly filed by the parties in this case. At the conference, the parties agreed to futher meet and confer to create a proposed scheduling order that would prepare this case for trial in August 2009. The parties are directed to submit to this Court a revised proposed scheduling order on or before **August 31, 2007.**

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    August 21, 2007


                                            /s/ Frederick P. Stamp, Jr.
                                           FREDERICK P. STAMP, JR.
                                           UNITED STATES DISTRICT JUDGE