# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Crystal Fast, as personal representative of the Estate of Marguerita A. Findo, deceased

**Plaintiff(s),**

v.

Bayer Corporation, Bayer Healthcare and Bayer AG,

**Defendant(s).**

(CIVIL)(CRIMINAL) NO: 5:07-CV-82

FILED
SEP - 4 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Brian H. Barr, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 9-4-07

_____
United States District Judge