IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

**FILED FEB 19 2008 U.S. DISTRICT COURT WHEELING, WV 26003**

| | |
|---|---|
| CRYSTAL FAST, as Personal Representative for the Estate of Marguerite A. Findo, Deceased<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION; BAYER PHARMACEUTICALS CORPORATION; BAYER AG,<br><br>Defendants. | Civil Action No. 5:07-cv-00082 |

## ORDER

Upon consideration of the parties' Joint Motion To Stay Proceedings Pending Transfer to Multidistrict Litigation:

**IT IS HEREBY ORDERED** that all proceedings in the above-captioned case are STAYED pending ruling of the Judicial Panel on Multidistrict Litigation on the Defendants' motion to transfer.

This 19th day of February, 2008.

Hon. Frederick P. Stamp, Jr.
United States District Judge

{F0041146.2 }